CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 1 6 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| **ALFONSO LUIS CHACON,** | ) | |
| Plaintiff, | ) | Civil Action No. 7:05cv00758 |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **DR. WILLIAMS,** | ) | By: Samuel G. Wilson |
| Defendant. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1), that all other pending motions in the case are hereby **DENIED**, and that this matter is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff and counsel of record for the defendants, if known.

**ENTER**: This _16th_ day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE